DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN J. PROODIAN** and
**ANNETTE L. PROODIAN,**
Appellants,

v.

**WASHINGTON MUTUAL BANK, F.A.** and
**JP MORGAN CHASE BANK, N.A.,**
Appellees.

Nos. 4D2023-0325 and 4D2023-0782

[February 22, 2024]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 50-2013-CA-011730-XXXX-MB.

Kevin J. Proodian and Annette L. Proodian, Wellington, pro se.

W. Bard Brockman and Ezequiel J. Romero of Bryan Cave Leighton Paisner LLP, Miami, for JP Morgan Chase Bank, N.A.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***